BLANK ROME LLP
Jeffrey Rosenfeld (SBN 221625)
jeffrey.rosenfeld@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Plaintiff
JOHN DOE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>        Plaintiff,<br><br>    vs.<br><br>SAIGE STAR ROWLEY<br><br>        Defendant. | Case No. 2:25-cv-01387-FMO-RAO<br><br>[*Assigned for all purposes to Honorable Fernando M. Olguin*]<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION [14] PURSUANT TO LOCAL RULE 79-5.2.2(a) FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed: February 19, 2025<br>Trial Date: None Set |

Upon consideration of Plaintiff John Doe ("Plaintiff") application for an order permitting Plaintiff to file certain documents under seal pursuant to Local Rule 79-5.2.2(a) ("Application") and any response submitted by Defendant, and good cause appearing, it is hereby ordered that Plaintiff may file the **Redacted Version** of the Declaration of John Doe in Support of the Motion to Proceed Under Pseudonym and for Protective Order on the public docket of this action, and the **Unredacted Version** may be filed under seal.

**IT IS SO ORDERED.**

Dated: March 26, 2025

/s/
Honorable Fernando M. Olguin
United States District Judge