# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>PLAINTIFF(S)<br>v.<br>SAIGE STAR ROWLEY,<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>CV 25-1387 FMO (RAOx)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Hearing information missing or not timely.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Motion to Dismiss [25] | April 18, 2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| April 22, 2025<br>Date | /s/ Fernando M. Olguin<br>United States District Judge |