| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. CV 25-1387 FMO (RAOx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING EX PARTE APPLICATION** |
| SAIGE STAR ROWLEY, | ) | |
| Defendant. | ) | |

    The court has reviewed and considered plaintiff's Ex Parte Application to Strike Memorandum (Dkt. 29, "Application"). Given that defendant's improperly filed Motion to Dismiss and Request for Sanctions (Dkt. 25, "Motion") was already stricken for failure to comply with the Local Rules, (see Dkt. 30), the court concludes that plaintiff's Application seeking to strike the Motion is moot. Furthermore, the court is not inclined to impose monetary sanctions on defendant in light of the relevant standard for sanctions under Local Rule 83-7 and defendant's pro se status. See, e.g., Tiscareno v. Bass, 2011 WL 13213569, *9 (C.D. Cal. 2011) ("Although Plaintiff has clearly failed to comply with the Local Rules, as well as the Court's Standing Order, the Court exercises its inherent discretion and declines to impose sanctions, in part, because Plaintiff is pro se."); Rivers v. Talkov, 2014 WL 12561582, *5 (C.D. Cal. 2014) ("[W]hile defendants were careless and possibly negligent, their actions fall short of the willful, grossly negligent, reckless conduct necessary to trigger sanctions under Local Rule 83-7.").

However, defendant is cautioned that she must comply with the Local Rules and the Federal Rules of Civil Procedure going forward, as future violations could result in sanctions. See Local Rule 83-2.2.3 (stating that pro se litigants are bound by the Local Rules and the Federal Rules of Civil Procedure); Local Rule 83-7 (providing for sanctions if a party's failure to comply is "willful, grossly negligent, or reckless" or "rises to the level of bad faith and/or a willful disobedience of a court order"). Defendant is advised that she may contact the pro se clinic for assistance as needed.

**Notice Re: Pro Se Legal Clinic**

The Los Angeles Clinic operates by appointment only. You may schedule an appointment either by calling the Clinic or by using an internet portal. You can call the Clinic at (213) 385-2977, ext. 270 or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles.

Clinic staff can respond to many questions with a telephonic appointment or through your email account. It may be more convenient to email your questions or schedule a telephonic appointment. Staff can also schedule you for an in-person appointment at their location in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012.

\*   \*   \*

Accordingly, IT IS ORDERED THAT plaintiff's Application (**Document No. 29**) is **denied** as **moot**.

Dated this 28th day of April, 2025.

/s/
Fernando M. Olguin
United States District Judge