| | |
|---|---|
| 1 | BLANK ROME LLP |
| 2 | Jeffrey Rosenfeld (SBN 221625) |
|   | jeffrey.rosenfeld@blankrome.com |
| 3 | 2029 Century Park East, 6th Floor |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: (424) 239-3400 |
|   | Facsimile: (424) 239-3434 |
| 5 | |
| 6 | Attorneys for Plaintiff John Doe |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, an individual, | Case No. 2:25-cv-01387-FMO-RAO |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION [44] TO AMEND SCHEDULING AND CASE MANAGEMENT ORDER** |
| v. | |
| SAIGE STAR ROWLEY, an individual, | Judge: Hon. Fernando M. Olguin |
| Defendant. | Courtroom 6D |
| | 350 W. 1st Street |
| | Los Angeles, CA |

005018.00001/155646010v.1

**ORDER GRANTING JOINT STIPULATION TO AMEND**

WHEREAS plaintiff John Doe (a pseudonym) and defendant Saige Star Rowley, having stipulated to request that the Court amend its scheduling order in this action, and for good cause appearing in the stipulation, the Court GRANTS the stipulation.

The Court GRANTS the stipulation to amend the Scheduling and Case Management Order [ECF 32] as follows:

(1) The settlement conference deadline is continued from October 24, 2025 to November 5, 2025.

(2) The deadline to complete fact discovery is continued from October 24, 2025 to December 15, 2025.

DATED: October 16, 2025

By: _____/s/_____
HON. FERNANDO M. OLGUIN
United States District Judge