BLANK ROME LLP
Jeffrey Rosenfeld (SBN 221625)
jeffrey.rosenfeld@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for Plaintiff and Cross-Defendant          JS-6
John Doe (a pseudonym)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, | Case No. 2:25-cv-01387-FMO-RAOx |
| Plaintiff, | **ORDER ON JOINT STIPULATION [69] OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SAIGE STAR ROWLEY, an individual, | |
| Defendant. | |

005018.00001/157426658v.1

ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## ORDER

The Court, having reviewed and considered the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (the "Stipulation") filed by plaintiff and cross-defendant John Doe (a pseudonym) and defendant and counterclaimant Saige Star Rowley, along with the records and files of this action, and finding good cause, **GRANTS** the Stipulation:

**IT IS THEREFORE ORDERED** that:

This action is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41, with each party is responsible for his or its own legal fees and costs in connection with this action through the time of entry of this Order.

**IT IS SO ORDERED**

Dated:  March 16, 2026

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

1
ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE